IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PAUL HARRINGTON, JR.,
:
       Petitioner,
:
     vs.                            Case No. 3:08cv302
:
ROBIN KNAB, WARDEN,        JUDGE WALTER HERBERT RICE
:
       Respondent.

---

ENTRY ADOPTING MAGISTRATE JUDGE'S ORDER DENYING STAY
PENDING EXHAUSTION (DOC. #15) AND SUPPLEMENTAL OPINION
ON ORDER DENYING STAY OF PROCEEDINGS PENDING
EXHAUSTION (DOC. #17); RESPONDENT'S OBJECTIONS TO SAID
JUDICIAL FILINGS (DOCS. #16 AND #19) OVERRULED;
RESPONDENT TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS
CORPUS BY APRIL 22, 2009

---

      Although not couched as Reports and Recommendations, the Court adopts,

based upon the reasoning and citations of authority contained therein, the

Magistrate Judge's Order Denying Stay Pending Exhaustion (Doc. #15) and

Supplemental Opinion on Order Denying Stay of Proceedings Pending Exhaustion

(Doc. #17), and overrules the Respondent's Objections to said judicial filings

(Docs. #16 and #19). The Respondent is ordered to file his Answer to the Petition

not later than the close of business on April 22, 2009.

|  | /s/ Walter Herbert Rice |
|---|---|
| March 30, 2009 | WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

Paul Harrington, Jr., Pro Se Petitioner
Diane Mallory, Esq.

Magistrate Judge Michael R. Merz